No. 266. HOME UTILITIES CO., INC., *v.* EASTMAN KODAK CO. C. A. 4th Cir. Certiorari granted. *Melvin J. Sykes* for petitioner. *David R. Owen* for respondent.

No. 92. SCHWARE *v.* BOARD OF BAR EXAMINERS OF NEW MEXICO. Supreme Court of New Mexico. Certiorari granted. *Herbert Monte Levy* for petitioner. *Richard H. Robinson,* Attorney General of New Mexico, *Fred M. Standley,* Assistant Attorney General, and *Pearce C. Rodey* for respondent.

No. 247. BRITISH TRANSPORT COMMISSION *v.* UNITED STATES ET AL. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit granted limited to question 1 presented by the petition for the writ which reads as follows:

"1. . . . The first question presented is whether other claimants in the proceeding may implead the Commission, under the alleged authority of Admiralty Rule 56, to respond to them in damages for losses suffered by them in the collision."

*Dean Acheson* and *Edwin Longcope* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Doub, Samuel D. Slade* and *William W. Ross* for the United States, and *John W. Oast, Jr., Wilbur E. Dow, Jr., Barron F. Black, R. Arthur Jett* and *C. Lydon Harrell* for Haslam et al., respondents.

No. 211. TEXTILE WORKERS UNION OF AMERICA *v.* LINCOLN MILLS OF ALABAMA. C. A. 5th Cir. Certiorari granted. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Benjamin Wyle, Arthur J. Goldberg* and *David E. Feller* for petitioner.